```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     CENTRAL DISTRICT OF CALIFORNIA
10
11  AL SAVIN, et al.,            ) NO. ED CV 14-1180-SJO(E)
                                 )
12          Plaintiffs,          )
                                 )
13      v.                       )   ORDER ACCEPTING FINDINGS,
                                 )
14  GLORIA SAVIN, et al.,        )   CONCLUSIONS AND RECOMMENDATIONS
                                 )
15                               )   OF UNITED STATES MAGISTRATE JUDGE
            Defendants.          )
16  _____)
17
```

18        Pursuant to 28 U.S.C. section 636, the Court has reviewed the

19  Complaint, all of the records herein and the attached Report and

20  Recommendation of United States Magistrate Judge.  Further, the Court

21  has engaged in a _de novo_ review of those portions of the Report and

22  Recommendation to which any objections have been made.  The Court

23  accepts and adopts the Magistrate Judge's Report and Recommendation.

24

25        IT IS ORDERED that: (1) summary judgment is granted in favor of

26  Defendants County of Riverside (DCSS) and Maichi Ngoc Nguyen on the

27  First, Third and Fourth Causes of Action; (2) judgment on the

28  pleadings is granted in favor of Defendants Gloria Savin and Evan

1 Ginsburg on the Second, Third and Fourth Causes of Action, and these
2 causes of action are dismissed with prejudice and without leave to
3 amend; (3) the exercise of supplemental jurisdiction over the state
4 law claims is declined, and those claims are dismissed without
5 prejudice; (4) the County Defendants' Motion to Dismiss is denied
6 without prejudice as moot; and (5) Plaintiffs' requests for sanctions
7 are denied.

9     IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
10 the Magistrate Judge's Report and Recommendation and the Judgment
11 herein on Plaintiffs and on counsel for Defendants.

13       DATED: June 8, 2015.

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE