**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| AL SAVIN, et al., | ) | NO. ED CV 14-1180-SJO(E) |
| Plaintiffs, | ) | |
| v. | ) | JUDGMENT |
| GLORIA SAVIN, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that: (1) summary judgment is granted in favor of Defendants County of Riverside (DCSS) and Maichi Ngoc Nguyen on the First, Third and Fourth Causes of Action; (2) judgment on the pleadings is granted in favor of Defendants Gloria Savin and Evan Ginsburg on the Second, Third and Fourth Causes of Action; and (3) Plaintiffs' state law claims are dismissed without prejudice.

DATED: June 8, 2015.

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE